UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TINA M. CARTMEL,                                    ) | |
| )                                                                      | |
| Plaintiff,          ) | |
| vs.                                                            ) | 1:05-cv-1446-RLY-WTL |
| )                                                                      | |
| JO ANNE B. BARNHART, Commissioner    ) | |
| of the Social Security Administration,         ) | |
| )                                                                      | |
| Defendant.    ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **DISMISSED WITH PREJUDICE.**

Date: May 2,, 2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Tina A. Cartmel
3450 Guion Road
Indianapolis, IN 46222